UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>PEDRO SOTO TEJEDA,<br>                    Defendant. | 24-cr-361 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for August 23, 2024, will now take place on **Thursday, August 29, 2024**, at **3:30 PM**.

　　SO ORDERED.

Dated:　August 21, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge